IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO: 1:22-cr-00061-RBW |
| | ) | |
| | ) | |
| JON NICHOLAS HENEGHAN | ) | |
| _____ | ) | |

## **<u>NOTICE OF APPEARANCE</u>**

To the Clerk of this Court and all parties of record:

Please enter the appearance of David E. Little as counsel in this case for the

Defendant.

Dated this 2nd day of March, 2022.

Respectfully submitted,

_____*/s/ David E. Little*_____
DAVID E. LITTLE, ESQ. (D.C. Bar No. FL0099)
Brown Doherty Little
450 Carillon Parkway, Suite 120
St. Petersburg, FL  33716
(727) 299-0099, Fax (727) 299-0044
Florida Bar No.  0089124
david@lawbdl.com