**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JON NICHOLAS HENEGHAN and )<br>CAROL O'NEAL KICINSKI, )<br>)<br>Defendants. ) | Criminal Action No. 22-61 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on March 11, 2022, via teleconference, it is hereby

**ORDERED** that, on May 13, 2022, at 11:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, as to the defendant Jon Nicholas Heneghan, with the defendant's and the government's consent, the time from March 14, 2022, to May 13, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendant and his counsel require additional time to receive and review the discovery in this case. It is further

**ORDERED** that, as to the defendant Carol O'Neal Kicinski, with the defendant's and the government's consent, the time from March 14, 2022, to May 13, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendant and her counsel require additional time to receive and review the discovery in this case

**SO ORDERED** this 14th day of March, 2022.

REGGIE B. WALTON
United States District Court Judge