UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 22-61 (RBW) |
| ) | |
| JON NICHOLAS HENEGHAN and ) | |
| CAROL O'NEAL KICINSKI, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, and for good cause shown, it is hereby

**ORDERED** that the government's Motion for an Order to Disclose Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials, ECF No. 17, is **GRANTED**. It is further

**ORDERED** that the government may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e). It is further

**ORDERED** that the government may provide in discovery sealed materials pursuant to the Court's March 14, 2022 Protective Order, ECF No. 23. It is further

**ORDERED** that this Order shall apply to the disclosure of the materials described above to any co-defendants who may later be joined.

**SO ORDERED** this 14th day of March, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　REGGIE B. WALTON
　　　　　　　　　　　　　　　　　　　United States District Court Judge