# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    CASE NO. 22-CR-61-RBW |
| v. | : |
| | : |
| **JON NICHOLAS HENEGHAN,** | : |
| **CAROL O'NEAL KICINSKI,** | : |
| | : |
| **Defendants.** | : |

## NOTICE OF FILING

The defendants and their counsel have signed Attachment A to the Motion for a Protective Order, and it is files hereto.

 

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    */s/ Mona Lee M. Furst*
MONA LEE M. FURST
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Mobile No. (316) 269-6537
Mona.Furst@usdoj.gov