

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JON NICHOLAS HENEGHAN and )<br>CAROL O'NEAL KICINSKI, )<br>)<br>Defendants. )<br>) | Criminal Action No. 22-61 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on May 13, 2022, via teleconference,

**ORDERED** that, on August 4, 2022, at 9:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the defendant's and the government's consent, the time from May 13, 2022, to August 4, 2022, is excluded under the Speedy Trial Act, in light of the fact that the defendants and their counsel require additional time to review the discovery in this case.

**SO ORDERED** this 13th day of May, 2022.

REGGIE B. WALTON
United States District Court Judge