UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.: 22-cr-00061-RBW |
| : | |
| JON NICHOLAS HENEGHAN : | |
| : | |
| and   : | |
| : | |
| CAROL O'NEAL KINCINSKI : | |
| : | |
| Defendant.   : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to AUSA Zachary Phillips, who may be contacted by telephone at and (303) 454-0118 (office) and (720) 281-1611 (cell) or email at Zachary.phillips@usa.doj.gov. This is notice of his appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Mona Furst.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Zachary Phillips
ZACHARY PHILLIPS
Assistant United States Attorney
CO Bar No.31251
United States Attorney's Office, Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0118
Zachary.phillips@usdoj.gov