UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 22-CR-00061-RBW |
| : | |
| JON NICHOLAS HENEGHAN : | |
| : | |
| and : | |
| : | |
| CAROL O'NEAL KINCINSKI : | |
| : | |
| Defendants. : | |

**NOTICE OF ATTORNEY APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Kaitlin Klamann, who may be contacted by telephone at (202) 252-6778 or by email at Kaitlin.klamann@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States. Ms. Klamann joins Mr. Phillips, who remains assigned to the case.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:   /s/ *Kaitlin Klamann*
    KAITLIN KLAMANN
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20001
    (202) 252-6778
    Kaitlin.klamann@usdoj.gov
    IL Bar No. 6316768