## **CERTIFICATE OF SERVICE**

On this 16th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                            */s/ Kaitlin Klamann*
                                            KAITLIN KLAMANN
                                            Assistant United States Attorney
                                            601 D Street NW
                                            Washington, D.C. 20001
                                            (202) 252-6778
                                            Kaitlin.klamann@usdoj.gov
                                            IL Bar No. 6316768